UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL MACEDA-GARCIA,<br><br>       Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>       Respondents. | Case No.: 25-cv-02968-JO-JLB<br><br>**ORDER GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS** |

  For the reasons stated on the record, the Court GRANTS the petition for writ of habeas corpus. [Dkt. 1]  The Court ORDERS Respondents to release Petitioner from custody within 24 hours of the posting of the $8,500 bond set by the August 22, 2025 order of the immigration judge. *See* Dkt. 1-2, ("IJ Bond Mem.") at 2. Respondents shall file a declaration attesting to Petitioner's release by the close of the next business day after release.

  Further, upon Petitioner's release, the Court ENJOINS Respondents from re-detaining Petitioner without first holding an individualized hearing before an immigration judge where the government bears the burden of proving a material change in

circumstances rendering Petitioner a danger to the community or a flight risk that cannot reasonably be addressed by bond. All Writs Act, 28 U.S.C. § 1651. If the immigration judge then determines that Petitioner should be re-detained, the Court ENJOINS Respondents from re-detaining Petitioner until 48 hours after filing a written declaration attesting to full compliance with these obligations. *Id.*

**IT IS SO ORDERED**.

Dated: November 13, 2025

_____
Honorable Jinsook Ohta
United States District Judge